Lawsuite

My name is Christopher O. Sehiel
I am sueing the ELDorado
Kansas police dept for electrocuting
me with a high powerd bear tazor,
all earnings to be placed on my
comisary acount at the Butler
County Detention center in Kansas,
for charges due if any for this
lawsuite charge my trust
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.

This goes to the federal claims
Judge in Heartford, CT 06103

I am sueing the El-borado Kansas police dept for electrocuting me with a high powerd bear tazor, refer to the program that protects me lawfuly and legaly.

DEC 2 2025 PM 2:39
FILED-USDC-CT-HARTFORD

My name is Christopher D. Sehie, I am sueing the ElDorado Kansas police dept for refusing me, all earnings to be placed on my comisary acount at the Butler county Detention center, for charges due if any for this lawsuite charge my trust 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.

This goes to the federal claims Judge in Hartford, CT 06103

Case 3:25-cv-02017-AWT    Document 1    Filed 12/02/25    Page 4 of 4

I am sueing the ELDorado Kansas) police dept for refusing me medical, refer to the program ) that protects me lawfuly and legaly.